AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00047 |
| CHRISTOPHER CARNELL, (DOB: XXXXXXXXX) | ) Assigned To : Harvey, G. Michael |
| DAVID WORTH BOWMAN, (DOB: XXXXXXXX) | ) Assign. Date : 2/27/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*  *Offense Description*

18 U.S.C. § 1512(c)(2) - Obstructing, Influencing, or Impeding Any Official Proceeding
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(A) - Entering or Remaining on the Floor of a House of Congress, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

XXXX XXXXXXX, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/28/2023

*Judge's signature*

City and state: Washington, D.C.     G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*