AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**CHRISTOPHER CARNELL**<br><br>_____<br>*Defendant* | Case: 1:23-mj-00047<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 2/27/2023<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **CHRISTOPHER CARNELL**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstructing, Influencing, or Impeding Any Official Proceeding
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(A) - Entering or Remaining on the Floor of a House of Congress, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:  02/28/2023                                  *G. Michael Harvey* (Digitally signed by G. Michael Harvey, Date: 2023.02.28 11:29:48 -05'00')
                                                                    *Issuing officer's signature*

City and state:   Washington, D.C.                 G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
                                                                    *Printed name and title*

### Return

This warrant was received on *(date)*  2-28-23 , and the person was arrested on *(date)*  3-2-23
at *(city and state)*  RALEIGH, NC .

Date:  3-2-23
                                                                    *Arresting officer's signature*

                                                                    JOHN GABBARD (FBI-TFO)
                                                                    *Printed name and title*