NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.    Criminal Number  1:23-mj-47

Christopher Carnell

(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Marina Medvin, DC Bar #995966
(Attorney & Bar ID Number)

MEDVIN LAW PLC
(Firm Name)

916 Prince St, Ste 109
(Street Address)

Alexandria, VA 22314
(City)    (State)    (Zip)

888-886-4127
(Telephone Number)