# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 23-MJ-47 |
| v. | : | |
| | : | |
| CHRISTOPHER CARNELL | : | |
| DAVID WORTH BOWMAN | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Tighe Beach is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED:   March 14, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Tighe Beach*
Tighe Beach
Assistant United States Attorney
Colorado Bar No. 55328
United States Attorney's Office
District of Columbia
202-252-1788
Tighe.Beach@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 14th day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Tighe Beach*
Tighe Beach
Assistant United States Attorney