UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-MJ-47 |
| v. : | |
| : | |
| CHRISTOPHER CARNELL : | |
| DAVID WORTH BOWMAN : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Samantha R. Miller is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: March 14, 2023   MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Samantha R. Miller*
Samantha R. Miller
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
District of Columbia
202-252-7014
Samantha.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

On this 14th day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Samantha R. Miller*
Samantha R. Miller
Assistant United States Attorney