# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-MJ-47 |
| v. : | |
| : | |
| CHRISTOPHER CARNELL : | |
| DAVID WORTH BOWMAN : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Jordan A. Konig is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED:  April 10, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Jordan A. Konig
Jordan A. Konig
Trial Attorney, Detailed to USAO
Texas Bar No. 24055791
United States Attorney's Office
District of Columbia
202-305-7917
Jordan.A.Konig@usdoj.gov

## CERTIFICATE OF SERVICE

On this 10th day of April 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                        */s/ Jordan A. Konig*
                                        Jordan A. Konig
                                        Trial Attorney