UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL CASE NO: 23-CR-139 (1) |
| ) | |
| CHRISTOPHER CARNELL, ET. AL., ) | TRIAL: FEBRUARY 12, 2024 |
| ) | |
| DEFENDANT. ) | |

**DEFENDANT'S MOTION TO STAY OR CONTINUE**

Christopher Carnell respectfully moves this Court to vacate the presently scheduled trial date of February 12, 2024, and stay or continue the proceedings in this case for a few months until the Supreme Court resolves *United States v. Joseph Fischer*, 64 F.4th 329 (D.C. Cir. 2023), *cert. granted*, (U.S. Dec. 13, 2023) (No. 23-5572), which reversed a district court opinion holding that the actions of January 6 defendants do not qualify as conduct that falls within Section 1512(c)(2).

Mr. Carnell has filed an Amicus Brief on this issue, asking for the Supreme Court to clarify the breadth of § 1512(c)(2). *See* ECF No. 36. The Defendant has also moved to dismiss Count One, charged under Section 1512(c)(2). *See* ECF No. 34. Mr. Carnell's pretrial interests and jury instructions are directly implicated by the pending Supreme Court decision in *Fischer*. *See* ECF No. 43.

Mr. Carnell is not incarcerated and has been compliant with his pretrial release conditions.

In the interests of judicial economy, Mr. Carnell moves this Court to stay or to continue the trial until the Supreme Court has resolved the issues raised in *Fischer*.

A stay or a continuance is in the interest of justice, the public, and the defendant; and, Mr. Carnell is willing to waive his rights under the Speedy Trial Act, 18 U.S. Code § 3161.

Mr. Bowman, the co-defendant, through counsel, joins in this request.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on December 14, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.