UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER CARNELL, Et. Al., ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No: 23-CR-139 (1) <br><br> Trial: February 12, 2024 |

**Christopher Carnell's Motion to Adopt and Join Co-Defendant's Motions**

Defendant Christopher Carnell and his co-defendant Mr. Bowman are indicted on the same counts and for a very similar fact pattern. Mr. Carnell, therefore, asks for this court to join, adopt, conform, and have the benefit of co-defendant Bowman's motions in every respect as they may apply to him. Specifically, Mr. Carnell joins, adopts, and conforms, by reference:

ECF No. 53 — Motion to Dismiss Count Two and Three

ECF No. 52 — Motion for Pretrial Ruling

ECF No. 51 — Motion in Limine to Exclude Conduct of Others

ECF No. 50 — Motion in Limine

To the extent that certain facts do not apply to him, he nonetheless adopts and joins all legal arguments made within these motions and seeks equivalent relief.

Respectfully submitted,

By Counsel:



/s/
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on December 15, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/
Marina Medvin, Esq.