### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-cr-00139-BAH** |
| | : | |
| **CHRISTOPHER CARNELL, and** | : | |
| **DAVID WORTH BOWMAN,** | : | |
| | : | |
| **Defendants.** | : | |

### PARTIES' JOINT MOTION TO STAY PENDING
### REPSONSE, REPLY, AND EXHIBIT LIST DEADLINES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, Mr. Christopher Carnell, by and through his counsel, and Mr. David Worth Bowman, by and through his counsel (collectively, "the parties"), jointly move this Court to stay the pending response and reply deadlines with respect to pretrial motions, as well as the December 29, 2023 exhibit list deadline.

To date, the parties have been diligently preparing for trial while also negotiating an alternative resolution – a stipulated trial – which the parties hope would (a) conserve the parties' resources, (b) allow the defendants to preserve appeal rights as to certain legal issues, and (c) allow the defendants to receive acceptance of responsibility points off their guidelines. To that end, the parties respectfully request the Court stay all remaining response and reply deadlines with respect to pretrial motions, as well as the December 29, 2023 exhibit list deadline. The parties hereby agree to waive replies to any pending motions.

In addition, the parties respectfully propose that if they are unable to reach agreement as to a stipulated trial by January 5, 2024, they will notify the Court on that date. In that filing, the

parties will then jointly request the Court direct the parties to complete all motions briefing by January 12, 2024, and to exchange exhibit lists by end of day on January 26, 2024.

To date, the parties have not made any similar extension, continuance, or stay requests, except for Bowman's Unopposed Extension Motion in ECF 41. Beyond the aforementioned deadline changes, the parties to not anticipate these changes will have an impact on the pretrial statement due date, the pretrial conference date, or the trial date.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ Kira Anne West
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com


/s/ Marina Medvin
Marina Medvin, Esq.
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
Email:
contact@medvinlaw.com

By:     /s/ Samantha R. Miller
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

TIGHE BEACH
Assistant United States Attorney
Colorado Bar No. 55328
United States Attorney's Office
District of Columbia
202-252-1788
Tighe.Beach@usdoj.gov