UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-00139-BAH |
| : | |
| CHRISTOPHER CARNELL and : | |
| DAVID WORTH BOWMAN, : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT BOWMAN'S
MOTION TO RETAIN ROUGH NOTES AND EMAILS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its Opposition to Defendant Bowman's Motion to Retain Rough Notes and Emails.  ECF 48.  Defendant Carnell has joined the motion.  ECF 56.  In *United States v. Linwood Thorne*, 18-cr-389-BAH, Minute Order Dec. 12, 2019, this Court denied a similar motion as moot, on virtually the same grounds.  Other courts in this District have followed suit in the January 6 context.[1]  The government is well aware of its *Brady* obligations, as well as its obligations pursuant to the Jencks Act, and the Government intends to fulfill all of its obligations.  The Court should deny defendant's motion as moot.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Samantha R. Miller*
      SAMANTHA R. MILLER
      Assistant United States Attorney
      New York Bar No. 5342175

---

[1] *See United States v. Hostetter et al.*, Case No. 21-cr-392 (RCL), ECF 287 at 2 (denying motion).

1

United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

TIGHE BEACH
Assistant United States Attorney
Colorado Bar No. 55328
United States Attorney's Office
District of Columbia
202-252-1788
Tighe.Beach@usdoj.gov