UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-00139-BAH |
| | : | |
| CHRISTOPHER CARNELL and DAVID WORTH BOWMAN, | : | |
| | : | |
| Defendants. | : | |

**PARTIES' JOINT MOTION TO CONVERT 2/12/24 TRIAL TO STIPULATED TRIAL AND TO VACATE ALL REMAINING PRE-TRIAL DEADLINES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, Mr. Christopher Carnell, by and through his counsel, and Mr. David Worth Bowman, by and through his counsel (collectively, "the parties"), jointly move this Court to convert the currently scheduled February 12, 2024 jury trial to a stipulated trial, and to vacate all remaining pre-trial deadlines in this matter.

The parties have agreed to conduct a stipulated trial in lieu of a traditional trial by jury in order to conserve the Court's and the parties' resources by avoiding the time and effort of putting on a fulsome trial by jury, while also preserving the defendants' appeal rights, among other things.

*Remainder of page intentionally left blank*

\*     \*     \*

1

Accordingly, the parties respectfully submit the following attachments to this motion: (1) a statement of facts and elements for stipulated trial to which each defendant has agreed, and (2) an agreement and waiver of jury rights.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

| /s/ Kira Anne West | By: | /s/ Samantha R. Miller |
|---|---|---|
| Kira Anne West | | SAMANTHA R. MILLER |
| DC Bar No. 993523 | | Assistant United States Attorney |
| 712 H Street N.E., Unit 509 | | New York Bar No. 5342175 |
| Washington, D.C. 20002 | | United States Attorney's Office |
| Phone: 202-236-2042 | | For the District of Columbia |
| kiraannewest@gmail.com | | 601 D Street, NW 20530 |
| | | Samantha.Miller@usdoj.gov |
| /s/ Marina Medvin | | |
| Marina Medvin, Esq. | | TIGHE BEACH |
| MEDVIN LAW PLC | | Assistant United States Attorney |
| 916 Prince Street | | Colorado Bar No. 55328 |
| Alexandria, Virginia 22314 | | United States Attorney's Office |
| Tel: 888.886.4127 | | District of Columbia |
| Email: | | 202-252-1788 |
| | | Tighe.Beach@usdoj.gov |