**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 23-CR-139 (2) (BAH) |
| **DAVID WORTH BOWMAN,** : | |
| : | |
| **Defendant.** : | |

**STATEMENT OF FACTS AND ELEMENTS FOR STIPULATED TRIAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, David Worth Bowman, with the concurrence of his attorney, hereby submit the Elements and Statement of Facts for Stipulated Trial in this action.

**I.   Elements of the Offenses.**

  *A.  Count One: Obstruction of an Official Proceeding.*

The essential elements of the offense of obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2), each of which the government must prove the following beyond a reasonable doubt, are as follows:

1. The defendant attempted to or did obstruct or impede an official proceeding;

2. The defendant intended to obstruct or impede the official proceeding;

3. The defendant acted knowingly, with awareness that the natural and probable effect of his conduct would be to obstruct or impede the official proceeding; and

4. The defendant acted corruptly.

  *B.  Count Two: Entering and Remaining in a Restricted Building or Grounds.*

The essential elements of the offense of entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1), each of which the government must prove beyond a reasonable doubt, are as follows:

1. The defendant entered or remained in a restricted building or grounds without lawful authority to do so; and,
2. That the defendant did so knowingly.

### C. Count Three: Disorderly and Disruptive Conduct in a Restricted Building or Grounds.

The essential elements of the disorderly and disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2), each of which the government must prove beyond a reasonable doubt, are as follows:

1. That the defendant engaged in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds;
2. That such conduct occurred when, or so that, such conduct, in fact, impeded or disrupted the orderly conduct of Government business or official functions; and
3. That the defendant did so knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions.

### D. Count Four: Entering and Remaining on the Floor of Congress.

The essential elements of the offense of entering and remaining on the floor of Congress, in violation of 40 U.S.C. § 5104(e)(2)(A), each of which the government must prove beyond a reasonable doubt, are as follows:

1. That the defendant entered or remained on the floor of either House of Congress without authorization; and
2. The defendant acted willfully and knowingly.

### E. Count Five: Disorderly Conduct in a Capitol Building or Grounds.

The essential elements of the offense of entering and remaining on the floor of Congress, in violation of 40 U.S.C. § 5104(e)(2)(D), each of which the government must prove beyond a reasonable doubt, are as follows:

1. The defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings;
2. The defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress; and

3. The defendant acted willfully and knowingly.

### F. Count Six: Parading, Demonstrating, or Picketing in a Capitol Building.

The essential elements of the offense of parading, demonstrating, or picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G), each of which the government must prove beyond a reasonable doubt, are as follows:

1. The defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings; and

2. The defendant acted willfully and knowingly.

## II. Statement of Stipulated Facts.

### A. The Attack at the U.S. Capitol on January 6, 2021.

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police ("USCP"). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session is set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18 and requires a deliberate and legally prescribed assessment of ballots, lists, certificates, and, potentially, written objections. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate

chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United

States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### B. Defendant David Worth Bowman's Participation in the January 6, 2021, Capitol Riot.

8. The defendant, David Worth Bowman, lived in Raleigh, North Carolina.

9. On December 21, 2020, co-defendant Christopher Carnell sent a text message to three other individuals, including the defendant, Aiden Henry Bilyard,[1] and another person (the "group"). Carnell forwarded a message from an individual identified as, "[Name Redacted], Stop the Steal." The message advertised an event planned for January 6, 2021 and stated:

> January 6th is going to be HISTORIC. It's the day We the People will take to the steps of our nation's Capitol and demand they represent us! It's up to us to flood Washington D.C. with Patriots who will loudly tell Congress #DoNotCertify on #Jan6!
>
> Congress has ignored us for far too long, but what they cannot ignore is hundreds of thousands of Patriots rallying outside the halls of Congress. This will send the message that we stand with Rep. Mo Brooks and his colleagues in the House of Representatives.

---

[1] Defendant Bilyard was convicted by plea agreement of violating 18 U.S.C. § 111(a)-(b) in *United States v. Bilyard*, Case No. 22-cr-00034-RBW.

10. On January 3, 2021, Carnell texted the group, "January 6 DC trip you guys coming? Me and David are down, we should probably leave earlier this time like 4 am." The "David" referenced is defendant Bowman.

11. During the early morning of January 6, 2021, Bowman traveled from North Carolina to Washington, D.C. with his friend, co-defendant Christopher Carnell, in order to attend a rally at the Ellipse that featured speeches from individuals including former President Donald Trump.



12. After attending the rally, Bowman and Carnell walked down Pennsylvania Avenue toward the Capitol; in the below image, Bowman is circled in blue and Carnell is circled in yellow.



13.     Bowman and Carnell then proceeded to enter the restricted area on Capitol Grounds and climbed through scaffolding on the northwest side of the Capitol. The scaffolding had been erected for the upcoming inauguration of President Joseph R. Biden, Jr.



14.     Bowman and Carnell, circled in red, walked across the Northwest Courtyard toward the Senate Wing Door.  As they walked, a group of uniformed officers were visibly protecting

another entry point into the Capitol Building, the Parliamentarian Door. Those officers are circled in green below.



15.     The Capitol Building was within the restricted area on January 6, 2021. Bowman and Carnell entered the Capitol without lawful authority through the Senate Wing Door at approximately 12:23 p.m. In the below image, Bowman is circled in blue and Carnell is circled in yellow.



Minutes earlier, other rioters had smashed in the windows flanking the Senate Wing Doors, rendering the windows visibly shattered. In addition, the Building's alarm system was audibly blaring as Bowman and Carnell entered the Building. As described further below, while on the Senate Floor, Bowman observed other rioters, including Carnell, audibly discussing whether Senator Ted Cruz was "with us" or not. Also while on the Senate Floor, other rioters were loudly discussing that the "chair" on the Senate Dais "belongs to the Vice President of United States when he's in here."

16. Bowman and Carnell proceeded to the Crypt area of the Capitol. They joined the crowd as it overwhelmed the USCP officers who were attempting to prevent the rioters from entering further into the Capitol.



17. Bowman and Carnell then traveled into and through the Capitol Rotunda and joined a crowd as it amassed near the Rotunda Door. Carnell chanted "TREASON, TREASON, TREASON," while Bowman stood nearby. In the second image below, Bowman is wearing

sunglasses to the right, and Carnell is wearing the red Make America Great Again baseball cap on the left.





18. Bowman and Carnell then ascended then ascended the Rotunda Lobby East Stairs at 2:41 p.m. They observed other rioters physically attacking a female journalist at the top of the staircase. Again in the images below, Carnell is wearing the red Make America Great Again baseball cap and Bowman is wearing sunglasses.



19. Bowman and Carnell entered the Senate chamber and walked onto the Senate floor at 2:49 p.m. When Bowman entered the chamber, he understood that Vice President Pence and the Senators needed to "determine something that would've been very consequential for Trump – that's why things were so heated" that day; however, he believed the certification to be occurring in the House chamber. Also, while entering the Senate Floor, other rioters were loudly discussing that the "chair" on the Senate Dais "belongs to the Vice President of United States when he's in here," to which one rioter responded, "they can steal our election but we can't sit in their chairs?!"



20. While they were on the Senate floor, Bowman conversed with Carnell. He also observed rioters rifling through papers on Senators' desks and took and posed for cell phone pictures and videos. Indeed, Bowman took a photograph with his cell phone when another rioter picked and held up a signed document from Senator Mitt Romney to Vice President Pence, which was a copy of Senator Romney's speech from February 2020, when he voted to impeach then-President Trump.

 

21.     Bowman also walked nearby Carnell as Carnell looked over the shoulder and discussed documents with a man in a green combat helmet, who was rummaging through documents on a Senator's desk. Specifically, the individual with the green combat helmet stated, with regard to documents associated with Senator Ted Cruz, "He was gonna sell us out all along—look! 'Objection to counting the electoral votes of the state of Arizona.'" Carnell then responded, "Wait, no. That's a good thing. He's on our side. He's with us. He's with us." Below, Bowman is outlined in blue and Carnell is outlined in yellow.



22.     Bowman also took a paper drink coaster, bearing the seal of the United States Senate, from a desk on the Senate floor. Bowman took the coaster to his home in Raleigh, North Carolina.

23.     At or around 2:55 p.m., Bowman and Carnell left the Senate chamber. They were directed to exit the Capitol by uniformed law enforcement officers, and left the Capitol through the Senate Carriage Door at 2:56 p.m.

24. At 4:19 p.m., Carnell sent a text message to Bowman and two other friends, including Aiden Henry Bilyard, that stated, "We're safe heading home." Bowman responded with a photoshopped image of himself shaking hands with far-right social media figure Nick Fuentes in front of what appears to be a video game-created version of the Capitol engulfed in flames.



25. On January 7, 2021, Bowman sent the group an image of the letter from Senator Romney to Vice President Pence that he photographed while on the Senate floor.



26. On January 8, 2021, at 2:19 p.m., Bowman texted the group a link to a news story including an image taken from the Senate floor on January 6, 2021. He then wrote "please delete this group text. It would be so funny if you all deleted this as a funny ironic joke."

27. Bilyard responded, "did you get inside? Hypothetically speaking." Another individual then sent a computer-generated picture of the U.S. Capitol Building and asked, "did you get inside this cool Minecraft Building?" Bowman replied, "if I was buying textbooks for next semester, I would have hypothetically gotten into the book store and even walk[ed] the checkout floor where all the professors usually buy books and sometimes choose what books their students would read. But no that was just a joke delete the chat because it's funny."





28.     Bilyard then texted the group, "so what you're saying is that you got into a private library of sorts," to which Bowman responded, "In Minecraft school yes[.] But no[.] Delete all of this for fun."

29.     Bowman deleted images from his cell phone approximately one year after January 6, 2021.

### III.    The Offenses.

30.     With respect to Count One, which charges Bowman with Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2), Bowman reserves the right to appeal this charge if the Court finds sufficient facts to convict him under the current interpretation of the statute as set forth in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), *cert. granted*, 2003 WL

8605748 at *1 (U.S. Dec. 13, 2023) (No. 23-5572), and *United States v. Robertson*, No. 22-3062 (D.C. Cir. Oct. 20, 2023), prior to any decision by the Supreme Court in Fischer. Bowman agrees that, without waiving any arguments set forth in Carnell's Motion to Dismiss Count One (ECF No. 34, which Bowman joined in ECF No. 38), and Carnell's and Motion *in Limine* for Count One (ECF No. 43, which Bowman joined in ECF No. 49) the Court may find that the government has met its burden of establishing all of the elements of 18 U.S.C. § 1512(c)(2) and may find the defendant guilty on Count One. Carnell admits that his conduct falls within the current interpretation of the statute under *Fischer*. However, none of the foregoing should be construed in any way as a waiver by Carnell of his right to appeal a conviction under 18 U.S.C. § 1512(c)(2) in the event that the Supreme Court reverses the D.C. Circuit's opinion in *Fischer* or any other case consolidated with *Fischer* on appeal.

*Remainder of page intentionally left blank*
\*     \*     \*

31. Without waiving any arguments set forth in Carnell's Motion *in Limine* for Counts Two and Three (ECF No. 42, which Bowman joined in ECF No. 49) and Bowman's Motion to Dismiss Counts 2 & 3 (ECF No. 53), the parties stipulate and agree that if the Court finds the existence of the above facts beyond a reasonable doubt, this evidence would establish each and every element of the remaining counts of the indictment, Counts Two, Three, Four, Five, and Six.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20001
Samantha.Miller@usdoj.gov

*/s/ Jordan A. Konig*
JORDAN A. KONIG
Supervisory Trial Attorney, Tax Division,
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C. 20044
Jordan.A.Konig@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, DAVID WORTH BOWMAN, have read this Statement of Facts for Stipulated Trial and have discussed it with my attorney. I fully understand the elements and the facts that are set forth. I agree and acknowledge by my signature that this Statement of Facts for Stipulated Trial is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Facts for Stipulated Trial fully.

Date: 1/5/2024

DAVID WORTH BOWMAN
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Facts for Stipulated Trial and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of Facts for Stipulated Trial as true and accurate.

Date: 1/5/24

KIRA ANNE WEST
Attorney for Defendant BOWMAN