UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-00139-BAH |
| | : | |
| CHRISTOPHER CARNELL and DAVID WORTH BOWMAN, | : : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S RESPONSE TO CARNELL'S NOTICE OF AUTHORITY**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to Carnell's notice of authority (ECF 78) regarding Judge Cooper's January 5, 2024 ruling in *United States v. Groseclose*, No. 21-CR-311 (CRC), 2024 WL 68248, at *2 (D.D.C. Jan. 5, 2024) (slip copy), which addressed the proper interpretation of 18 U.S.C. § 1752. The government understands, based on footnote two to the Court's January 9, 2024 Memorandum Opinion and Order (ECF 79), that the Court intends to resolve defendants' motions regarding the proper interpretation of 18 U.S.C. § 1752. By January 12, 2024, the government intends to supplement its response (ECF 72) to defendants' Section 1752 motions to address the *Groseclose* opinion.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:    */s/ Samantha R. Miller*
        SAMANTHA R. MILLER
        Assistant United States Attorney
        New York Bar No. 5342175
        United States Attorney's Office

For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

TIGHE BEACH
Assistant United States Attorney
Colorado Bar No. 55328
United States Attorney's Office
District of Columbia
202-252-1788
Tighe.Beach@usdoj.gov