UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-00139-BAH |
| | : | |
| CHRISTOPHER CARNELL and DAVID WORTH BOWMAN, | : | |
| | : | |
| Defendants. | : | |

**PARTIES' RESPONSE TO COURT'S JANUARY 7, 2024 SHOW CAUSE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, Mr. Christopher Carnell, by and through his counsel, and Mr. David Worth Bowman, by and through his counsel (collectively, "the parties"), jointly respond to the Court's January 7, 2024 Minute Order directing the parties to show cause why certain pending motions should not be denied as moot. In summary, all of the referenced motions should be denied as moot because either they no longer are live disputes (Nos. 1-9), or the parties have stipulated to the evidence obtained by the challenged conduct (No. 10). More specifically, the parties respond as follows:

1. **Defendant Carnell's ECF 44 Motion *in Limine* to Exclude Generalized, Sweeping, Non-Particularized January 6 Evidence, which defendant Bowman joins, see Minute Order (Dec. 28, 2023).**

    The parties agree this motion is moot as the issues are no longer live.

2. **Defendants' ECF 45, 47 Motion to Sever.**

    The parties agree this motion is moot as the issues are no longer live.

3. **Defendant Bowman's ECF 48 Motion to Retain Rough Notes and Emails.**

    The parties agree this motion is moot as the issues are no longer live.

4. **Defendant Bowman's ECF 50 Motion *in Limine*, which defendant Carnell joins, see Minute Order (Dec. 28, 2023).**

    The parties agree this motion is moot as the issues are no longer live.

1

5. **Defendant Bowman's ECF 51 Motion** *in Limine* **to Exclude Evidence Concerning Conduct by Others, which defendant Carnell joins, see Minute Order (Dec. 28, 2023).**

    The parties agree this motion is moot as the issues are no longer live.

6. **Defendant Bowman's ECF 52, 57 Motion to Require Government to Designate and Produce, which defendant Carnell joins, see Minute Order (Dec. 28, 2023).**

    The parties agree this motion is moot as the issues are no longer live.

7. **Defendant Bowman's ECF 73 Motion to Join Co-Defendant's Responses.**

    The parties agree this motion is moot as the issues are no longer live.

8. **The government's ECF 54 Motion** *in Limine* **to Admit Certain Types of Evidence.**

    The parties agree this motion is moot as the issues are no longer live.

9. **The government's ECF 55 Motion** *in Limine* **to Preclude Improper Defense Arguments and Evidence.**

    The parties agree this motion is moot as the issues are no longer live.

*Remainder of page intentionally left blank*

\*       \*       \*

**10. Defendant Bowman's ECF 59 Motion to Suppress.**

    The parties agree this motion is moot because the parties have stipulated to some of the evidence obtained by the challenged conduct.

    Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ Kira Anne West
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

/s/ Marina Medvin
Marina Medvin, Esq.
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
contact@medvinlaw.com

By: */s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

TIGHE BEACH
Assistant United States Attorney
Colorado Bar No. 55328
United States Attorney's Office
District of Columbia
202-252-1788
Tighe.Beach@usdoj.gov

3