UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-00139-BAH |
| | : | |
| CHRISTOPHER CARNELL and | : | |
| DAVID WORTH BOWMAN, | : | |
| | : | |
| Defendants. | : | |

### UNITED STATES' NOTICE ATTACHING
### EXHIBIT LIST FOR STIPULATED TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this notice attaching its proposed exhibit list for the February 12, 2024 stipulated trial.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Samantha R. Miller*
        SAMANTHA R. MILLER
        Assistant United States Attorney
        New York Bar No. 5342175
        United States Attorney's Office
        For the District of Columbia
        601 D Street, NW 20530
        Samantha.Miller@usdoj.gov

        TIGHE BEACH
        Assistant United States Attorney
        Colorado Bar No. 55328
        United States Attorney's Office
        District of Columbia
        202-252-1788
        Tighe.Beach@usdoj.gov

        JORDAN A. KONIG
        Supervisory Trial Attorney, Tax Division,

U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C.  20044
Jordan.A.Konig@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Case No. 23-cr-00139-BAH |
| | : | |
| CHRISTOPHER CARNELL and DAVID WORTH BOWMAN, | : | |
| | : | |
| Defendants. | : | |

## UNITED STATES' EXHIBIT LIST FOR STIPULATED TRIAL

The United States has identified the following exhibits it may use at the Stipulated Trial.

**I. Defendant Carnell.**

| Paragraph No. in Stip. Trial Statement of Facts/Elements / Exhibit No. | Description | Relevant Timestamp (if applicable) |
|---|---|---|
| 9 | Carnell text forward to Group re Jan. 6 in Washington, D.C. | NA |
| 10 | Carnell text to Group re January 6 DC trip, "you guys coming? Me and David are down . . ." | NA |
| 11 | Video capturing Carnell/Bowman on National Mall near African-American Museum | 0:59 |
| 12.1 | Video capturing Carnell/Bowman during President Trump Speech at the Ellipses | NA |
| 12.2 | Video capturing Carnell/Bowman marching down Pennsylvania Avenue towards U.S. Capitol Building | NA |
| 13 | Still image from video capturing Carnell/Bowman climbing U.S. Capitol scaffolding | NA |
| 14 | Still image from video capturing Carnell/Bowman crossing northwest courtyard | NA |
| 15.1 | CCTV of Defendants' entry through Senate Wing Door | 00:17 |

1

| Paragraph No. in Stip. Trial Statement of Facts/Elements / Exhibit No. | Description | Relevant Timestamp (if applicable) |
|---|---|---|
| 16.1 | Video capturing Carnell/Bowman joining crowd in Crypt | 00:04, 00:17 |
| 17.1 | Still image from video capturing Carnell in Rotunda | NA |
| 17.2 | CCTV of Rotunda Door Interior during "treason" chant | NA |
| 17.3 | Video capturing "treason" chant | 02:47 |
| 18 | CCTV of Gallery Stairs/attack on journalist | NA |
| 19.1 | Still image from C-SPAN of Defendants' entry onto Senate Floor | NA |
| 19.2 | Still image from C-SPAN of Defendants conversing on Senate Floor | NA |
| 19.3 & 20 | Video capturing rioters discussing that "chair" as Defendants were entering; capturing Carnell discussing whether Senator Ted Cruz was "with us" | 00:01 & 00:52 |
| 21 | CCTV of Defendants' exit through Senate Carriage Door | NA |
| 22 | Carnell text to Group "we're safe heading home" | NA |

## II. Defendant Bowman.

| Paragraph No. in Stip. Trial Statement of Facts/Elements / Exhibit No. | Description | Approximate Timestamp (if applicable) |
|---|---|---|
| 9 | Carnell text forward to Group re Jan. 6 in Washington, D.C. | NA |
| 10 | Carnell text to Group re January 6 DC trip, "you guys coming? Me and David are down . . ." | NA |
| 11 | Video capturing Carnell/Bowman on National Mall near African-American Museum | 0:59 |
| 12.1 | Video capturing Carnell/Bowman during President Trump Speech at the Ellipses | NA |
| 12.2 | Video capturing Carnell/Bowman marching down Pennsylvania Avenue towards U.S. Capitol Building | NA |
| 13 | Still image from video capturing Carnell/Bowman climbing U.S. Capitol scaffolding | NA |
| 14 | Still image from video capturing Carnell/Bowman crossing northwest courtyard | NA |
| 15.1 | CCTV of Defendants' entry through Senate Wing Door | NA |
| 16 | Video capturing Carnell/Bowman joining crowd in Crypt | 00:04, 00:17 |
| 17.1 | Video capturing "treason" chant | 02:47 |
| 17.2 | CCTV of Rotunda Door Interior during "treason" chant | NA |
| 18 | CCTV of Gallery Stairs/attack on journalist | NA |
| 19.1 | Still image from C-SPAN of Defendants' entry onto Senate Floor | NA |
| 19.2 | Clip from Bowman's FBI Interview re knowledge of proceedings | NA |

| Paragraph No. in Stip. Trial Statement of Facts/Elements / Exhibit No. | Description | Approximate Timestamp (if applicable) |
|---|---|---|
| 19.3 | Video capturing rioters discussing that "chair" as Defendants were entering | 00:01 |
| 20.1 | Image of Bowman sitting at desk on Senate Floor | NA |
| 20.2 | Still image from C-SPAN of Bowman taking photo of signed document from Senator Mitt Romney to Vice President Pence | NA |
| 21 | Video capturing Carnell discussing whether Senator Ted Cruz was "with us" | 00:52 |
| 22 | FBI's photo of stolen Senate drink coaster | NA |
| 23 | CCTV of Defendants' exit through Senate Carriage Door | NA |
| 24 | Carnell text to Group "we're safe heading home"; Bowman image text to Group of video game-created version of Capitol engulfed in flames | NA |
| 25 | Bowman image text to Group of photo taken on Senate Floor of signed document from Senator Mitt Romney to Vice President Pence | NA |
| 26 & 27 | Bowman text to to Group re "please delete" & Bowman texts to Group re "getting inside" and "please delete" | NA |
| 28 | Clip from Bowman's FBI Interview re deleting photos from phone | NA |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office

4

For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

TIGHE BEACH
Assistant United States Attorney
Colorado Bar No. 55328
United States Attorney's Office
District of Columbia
202-252-1788
Tighe.Beach@usdoj.gov

JORDAN A. KONIG
Supervisory Trial Attorney, Tax Division,
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C.  20044
Jordan.A.Konig@usdoj.gov