UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 23-CR-139 (BAH) |
| : | |
| CHRISTOPHER CARNELL and : | |
| DAVID WORTH BOWMAN, : | |
| Defendants. : | |

### JOINT SUBMISSION REGARDING STIPULATED TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, Christopher Carnell, by and through his counsel, and David Worth Bowman, by and through his counsel (collectively, "the parties"), file this Joint Submission Regarding Stipulated Trial pursuant to the Court's January 7, 2024, Minute Entry Order.

As noted in the parties' Joint Motion to Convert Trial to Stipulated Trial (ECF No. 76), the parties have agreed to conduct a stipulated trial in lieu of a traditional trial by jury. The government will submit its exhibit list separately.

### I. Plea Offer

After discussions regarding a potential plea, the government extended no formal plea offers because the defendants were unwilling to accept a plea offer to Count One, while the government was unwilling to offer a plea that did not include Count One. Instead, the defendants raised the possibility of a stipulated trial involving all counts, and the parties agreed that negotiating a stipulated trial was the best use of their non-trial time.

### II. Joint Proposed Procedures for Stipulated Trial

The Court will conduct the Defendants' Stipulated Trial on February 12, 2024. On January 5, 2024, the parties submitted a Statement of Facts and Elements for each Defendant. ECF No. 76.

This submission provides the elements of the offenses alleged against each Defendant and provides the facts and evidence on which the government relies to prove its case beyond a reasonable doubt. Each Defendant agrees that the information contained in this submission is true and accurate.

The parties' January 5 submission also included each Defendant's Agreement and Waiver of Jury Rights. It discussed each Defendant's acknowledgment of his waiver of various rights and noted that the government has agreed that the stipulated trial will not curtail, abridge, or otherwise affect each Defendant's right to appeal any conviction on the 18 U.S.C. § 1512(c)(2) and 18 U.S.C. § 1752 charges.

At the stipulated trial, the government will read into the record its Statement of Facts for Stipulated Trial for each Defendant, and may show certain video and photographic exhibits, which will provide the Court with all facts and evidence on which it will determine whether each Defendant is guilty of the crimes charged.

If the Court finds each Defendant guilty of the crimes charged, it will enter judgement against each Defendant.

*Remainder of page intentionally left blank*

\*     \*     \*

The Court then will set a sentencing date and direct the Probation Office to prepare a Presentence Investigation Report.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                D.C. Bar No. 481052

| /s/ Kira Anne West | By: | */s/ Samantha R. Miller* |
|---|---|---|
| Kira Anne West | | SAMANTHA R. MILLER |
| DC Bar No. 993523 | | Assistant United States Attorney |
| 712 H Street N.E., Unit 509 | | New York Bar No. 5342175 |
| Washington, D.C. 20002 | | United States Attorney's Office |
| Phone: 202-236-2042 | | For the District of Columbia |
| kiraannewest@gmail.com | | 601 D Street, NW 20530 |
| | | Samantha.Miller@usdoj.gov |
| /s/ Marina Medvin | | |
| Marina Medvin, Esq. | | TIGHE BEACH |
| MEDVIN LAW PLC | | Assistant United States Attorney |
| 916 Prince Street | | Colorado Bar No. 55328 |
| Alexandria, Virginia 22314 | | United States Attorney's Office |
| Tel: 888.886.4127 | | District of Columbia |
| Email: | | 202-252-1788 |
| contact@medvinlaw.com | | Tighe.Beach@usdoj.gov |