UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 23-CR-139 (BAH) |
| CHRISTOPHER CARNELL and : | |
| DAVID WORTH BOWMAN, : | |
| Defendants. : | |

**JOINT SUBMISSION REGARDING PUBLICATION
OF STIPULATED TRIAL EXHIBITS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, Christopher Carnell, by and through his counsel, and David Worth Bowman, by and through his counsel, and pursuant to the Court's January 7, 2024 Minute Order, hereby submit that all video evidence on the government's exhibit list for stipulated trial (ECF 83) may be made publicly available without restriction.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ Kira Anne West                              By:   /s/ Samantha R. Miller
Kira Anne West                                          SAMANTHA R. MILLER
DC Bar No. 993523                                      Assistant United States Attorney
712 H Street N.E., Unit 509                            New York Bar No. 5342175
Washington, D.C. 20002                                 United States Attorney's Office
Phone: 202-236-2042                                    For the District of Columbia
kiraannewest@gmail.com                                 601 D Street, NW 20530
                                                       Samantha.Miller@usdoj.gov

<table>
<tr><td>

/s/ Marina Medvin<br>
Marina Medvin, Esq.<br>
MEDVIN LAW PLC<br>
916 Prince Street<br>
Alexandria, Virginia 22314<br>
Tel: 888.886.4127<br>
Email:<br>
contact@medvinlaw.com

</td><td>

TIGHE BEACH<br>
Assistant United States Attorney<br>
Colorado Bar No. 55328<br>
United States Attorney's Office<br>
District of Columbia<br>
202-252-1788<br>
Tighe.Beach@usdoj.gov

</td></tr>
</table>