UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 23-CR-139 (BAH) |
| CHRISTOPHER CARNELL and : | |
| DAVID WORTH BOWMAN, : | |
| Defendants. : | |

### JOINT SUBMISSION REGARDING PRESERVATION
### OF APPEAL RIGHTS ON SECTION 1752 COUNTS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, Christopher Carnell, by and through his counsel, and David Worth Bowman, by and through his counsel, and pursuant to the Court's February 7, 2024 Minute Order, respectfully respond as follows.

With this stipulated trial, the Defendants intended to preserve their right to appeal any conviction under both 18 U.S.C. §§ 1512 <u>and</u> 1752. *See* ECF No. 84 at 2. Therefore, the omission of language in the parties' stipulated trial materials (ECF No. 76 and attachments) preserving their right to appeal any convictions under 18 U.S.C. § 1752 was inadvertent. The Defendants thus respectfully seek to amend the stipulated trial materials as follows:

**ECF No. 76-1 ¶ 24:**

Without waiving any arguments set forth in Carnell's Motion *in Limine* for Counts Two and Three (ECF No. 42) and Bowman's Motion to Dismiss Counts 2 & 3 (ECF No. 53, which Carnell joined in ECF No. 56), the parties stipulate and agree that if the Court finds the existence of the above facts beyond a reasonable doubt, this evidence would establish each and every element of the remaining counts of the indictment, Counts Two, Three, Four, Five, and Six. However, none of the foregoing should be construed in any way as a waiver by Carnell of his right to appeal a conviction under 18 U.S.C. § 1752.

**ECF No. 76-2 ¶ 31:**

Without waiving any arguments set forth in Carnell's Motion *in Limine* for Counts Two and Three (ECF No. 42, which Bowman joined in ECF No. 49) and Bowman's Motion to Dismiss Counts 2 & 3 (ECF No. 53), the parties stipulate and agree that if the Court finds the existence of the above facts beyond a reasonable doubt, this evidence would establish each and every element of the remaining counts of the indictment, Counts Two, Three, Four, Five, and Six.  However, none of the foregoing should be construed in any way as a waiver by Bowman of his right to appeal a conviction under 18 U.S.C. § 1752.

**ECF No. 76-3, page 2:**

If the Court grants leave to proceed with a Stipulated Trial, the defendant will relinquish these rights. The government agrees that proceeding with a Stipulated Trial will not curtail, abridge, or otherwise affect each defendant's right to appeal any denial of Carnell's Motion to Dismiss Count One (ECF No. 34, which Bowman joined in ECF No. 38), charging the defendants with violating of 18 U.S.C. § 1512(c)(2). The government also agrees that proceeding with a Stipulated Trial will not curtail, abridge, or otherwise affect each defendant's right to appeal any denial of Carnell's Motion *in Limine* for Counts Two and Three (ECF No. 42, which Bowman joined in ECF No. 49)., and Bowman's Motion to Dismiss Counts 2 & 3 (ECF No. 53, which Carnell joined in ECF No. 56), regarding the counts charging the defendants with violating of 18 U.S.C. § 1752.

*Remainder of page intentionally left blank*

\*       \*       \*

The government does not oppose these amendments.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      D.C. Bar No. 481052

| /s/ Kira Anne West | By: | */s/ Samantha R. Miller* |
|---|---|---|
| Kira Anne West | | SAMANTHA R. MILLER |
| DC Bar No. 993523 | | Assistant United States Attorney |
| 712 H Street N.E., Unit 509 | | New York Bar No. 5342175 |
| Washington, D.C. 20002 | | United States Attorney's Office |
| Phone: 202-236-2042 | | For the District of Columbia |
| kiraannewest@gmail.com | | 601 D Street, NW 20530 |
| | | Samantha.Miller@usdoj.gov |
| | | |
| /s/ Marina Medvin | | TIGHE BEACH |
| Marina Medvin, Esq. | | Assistant United States Attorney |
| MEDVIN LAW PLC | | Colorado Bar No. 55328 |
| 916 Prince Street | | United States Attorney's Office |
| Alexandria, Virginia 22314 | | District of Columbia |
| Tel: 888.886.4127 | | 202-252-1788 |
| Email: contact@medvinlaw.com | | Tighe.Beach@usdoj.gov |