UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-00139-BAH |
| : | |
| CHRISTOPHER CARNELL and : | |
| DAVID WORTH BOWMAN, : | |
| : | |
| Defendants. : | |

**FILED**
FEB 12 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS

Defendant, Christopher Carnell, by and through his counsel, and Defendant David Worth Bowman, by and through his counsel, hereby each acknowledge that he will be waiving the following rights by proceedings with a Stipulated Trial.

1. The constitutional right to trial by jury. At trial, the government would have to present evidence to prove the defendant's guilt beyond a reasonable doubt.

2. The right to cross-examine witnesses presented by the government and the right to have witnesses called to court to testify on the defendant's behalf.

3. The right to counsel to assist the defendant at trial.

4. The right to testify if the defendant chose to do so. However, if the defendant chose not to testify, the Court would instruct the jury that the decision not to testify could not be used against him.

5. At a jury trial, the defendant could not be convicted unless all twelve jurors agreed that the government had proved him guilty beyond a reasonable doubt.

6. If the defendant is not a citizen of the United States, his conviction could result in deportation or have other immigration consequences.

1

If the Court grants leave to proceed with a Stipulated Trial, the defendant will relinquish these rights. The government agrees that proceeding with a Stipulated Trial will not curtail, abridge, or otherwise affect each defendant's right to appeal any denial of Carnell's Motion to Dismiss Count One (ECF No. 34, which Bowman joined in ECF No. 38), charging the defendants with violating of 18 U.S.C. § 1512(c)(2). The Court will consider the Stipulation of Facts, and if it believes that the Government has proven guilt beyond a reasonable doubt, the Court will find each defendant guilty. Signing this document means that the defendant wishes to proceed with a Stipulated Trial and relinquish the above-stated rights. The government also agrees that proceeding with a Stipulated Trial will not curtail, abridge, or otherwise affect each defendant's right to appeal any denial of Carnell's Motion in Limine for Counts Two and Three (ECF No. 42, which Bowman joined in ECF No. 49)., and Bowman's Motion to Dismiss Counts 2 & 3 (ECF No. 53, which Carnell joined in ECF No. 56), regarding the counts charging the defendants with violating of 18 U.S.C. § 1752.

I consent:

/s/ Samantha R. Miller
Samantha R. Miller
*Assistant United States Attorney* Jordan A. Konig
*Supervisory Trial Attorney—Detailee*

Approved:

_____
Beryl A. Howell, U.S. District Court Judge
February 12, 2024

_____
CHRISTOPHER CARNELL
Defendant

_____
MARINA MEDVIN
*Attorney for Defendant Carnell*

Dated: February 12, 2024

_____
DAVID WORTH BOWMAN
Defendant

_____
KIRA A. WEST
*Attorney for Defendant Bowman*

Dated: February 12, 2024

2