# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER CARNELL and DAVID WORTH BOWMAN,<br><br>Defendants. | Criminal Case No. 23-139 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of defendants David Worth Bowman and Christopher Carnell's Motion to Dismiss Counts Two and Three, ECF No. 53, defendants' Motion *in Limine* for Counts Two and Three, ECF No. 42, the legal memoranda in support and in opposition, and the entire record in this case, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion to Dismiss, ECF No. 53, is **DENIED**; and it is further

**ORDERED** that defendants' Motion *in Limine* for Counts Two and Three, ECF No. 42, is **DENIED**.

**SO ORDERED**.

*This is a final and appealable Order.*

Date: February 15, 2024

                                                                                           _____
                                                                                           **BERYL A. HOWELL**
                                                                                           United States District Court Judge