UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 23-CR-139 (BAH) |
| CHRISTOPHER CARNELL and | : | |
| DAVID WORTH BOWMAN, | : | |
| Defendants. | : | |

## NOTICE REGARDING GUIDELINES CALCULATION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the decision of the United States Court of Appeals for the District of Columbia Circuit in *United States v. Brock*, No. 23-3045 (March 1, 2024), which held that "for purposes of Sentencing Guideline 2J1.2, the phrase 'administration of justice' does not encompass Congress's role in the electoral certification process." *Id.* at 20. The D.C. Circuit's Opinion impacts the government's previous filing in this case, and we submit this filing in order to promptly alert the Court. The government will account for the Opinion in its forthcoming sentencing memoranda.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/ Tighe R. Beach
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20001
Samantha.Miller@usdoj.gov

TIGHE R. BEACH
Assistant United States Attorney
Colorado Bar No. 55328
United States Attorney's Office
For the District of Columbia
601 D Street NW 20001
(240) 278-4348
Tighe.Beach@usdoj.gov