UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Crim. Case No: 1:23-CR-00139-001 |
| ) | |
| ) | Sentencing: June 14, 2024 |
| **CHRISTOPHER CARNELL,** ) | |
| Defendant. ) | |
| ) | |

**CARNELL'S UNOPPOSED MOTION FOR LEAVE TO FILE
SENTENCING MEMO OUTSIDE THE TIME OF THIS COURT'S STANDING ORDER**

Undersigned counsel, together with co-defendant's counsel, have been working under the erroneous impression that the sentencing memorandum for our clients are due one week prior to the sentencing hearing, under the general rules of practice.

Upon seeing the filing of the Government's memoranda on Friday, undersigned counsel immediately inquired with Government Counsel as to the seemingly early timing. This morning, Government Counsel responded to the inquiry made by undersigned counsel on Friday and noted that this Courtroom requires early submission — thereby rendering undersigned counsel's submission past due. Government counsel pointed to the Standing Order, that undersigned counsel read last year, but embarrassingly missed the portion about sentencing filings.

Government counsel advised there is no opposition to Defense counsel seeking to file outside the standing order.

Undersigned counsel thereby seeks leave to correct her error so as to not prejudice the defendant and to file Christopher Carnell's sentencing memorandum by tomorrow, June 4, 2024.

Undersigned counsel apologizes to the court for her error and the inconvenience caused to the Court by the delay.

Respectfully submitted,
By Counsel:
_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on June 3, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.
_____/s/_____
Marina Medvin, Esq.