Defense Exhibit 1

Thursday, March 19, 2020

To Whom It May Concern:

It is my pleasure to be asked to be a reference for Chris Carnell for the Pope Foundation Scholarship. He has been an outstanding member of Troop 202, and I had the privilege of serving as his Eagle Project Coach..

Chris has served with distinction in multiple positions in the troop. He stood out among his peers in his ability to demonstrate patience in working with younger scouts. He's an incredibly responsible young man in all areas of his life. He pushes himself to excel academically with a very rigorous schedule of advanced placement classes. He helps his family by watching his younger siblings. He works hard at a local grocery store to save money for college. He's a credit to his family, school, troop, and church.

I was impressed with Chris's planning for his Eagle project, which was a pergola for the church community garden. Not only did he diligently learn about doing layout and design work; but on his own motivation, he also taught himself to use CAD software to create a three-dimensional model that made his project extremely successful.

While many scouts disappear once they earn the Eagle rank, Chris has continued to stay involved in the troop, involving himself especially in coming to help at Eagle projects for other scouts. At one in particular, the scout was lacking in preparation, and Chris recognized the key skills from his project that he could counsel the scout about, which helped turn a shaky project into a success.

Chris is an extremely conscientious and hard-working young man, and fully embodies the Scout Oath and the Scout Law. He is a worthy candidate for the Pope Foundation Scholarship.

Please do not hesitate to contact me if I can be of any further assistance in this regard,

Respectfully Submitted,

Carl Sommer

Raleigh, NC

Defense Exhibit 2

To the honorable Judge Beryl Howell,

As a parent, I never imagined I would have to write a letter like this. The events of January 6th were a horrendous chapter in our country's history, and I am deeply disappointed that my son, Christopher Carnell, participated in them. However, I believe it is important to present a more well-rounded picture of who Christopher is as you consider his sentencing.

Christopher is an exceptionally intelligent young man. Throughout high school, he balanced a full load of Advanced Placement (AP) classes, worked at a local grocery store, and actively participated in the Boy Scouts of America, where he earned his Eagle Scout award. He graduated high school Magna Cum Laude. His hard work earned him admission to NC State, one of the top engineering schools in the country. He recently graduated in May 2024 with a degree in civil engineering and a 3.1 GPA. Christopher is also an avid reader with a particular interest in the Greek classics and history.

Despite being quiet and often shy, Christopher is conscientious and always willing to help others. During the summer after his first year of college, Christopher worked as a Boy Scout canoe guide in the Minnesota Boundary Waters. When a canoe with several boys and adults overturned in high winds, Christopher risked his safety to paddle out and assist them, an act of bravery I only learned about months later. This summer, one of our elderly neighbors thanked us for Christopher's unsolicited help in pulling up bushes in his garden, just days after he graduated from college. The neighbor had taken Christopher out to lunch as a thank-you and noted to my wife that he just does not see the type of "polite, respectful young men" like Christopher very often.

Christopher is also a person of great integrity. In December of 2022, he was offered a civil engineering internship with a local construction company. Despite later facing indictment, he worked diligently on-site with various construction crews for his internship often engaging in hand's on construction work as he learned the in's and out of what it means to be a civil engineer. When offered a permanent position, he honestly disclosed his legal situation to the Vice President of the company making the offer and declined, knowing he might face prison time and did not want to mislead the company.

This decision, while demonstrating his honesty, was also a devastating blow to him, leading to significant depression as he grappled with the consequences of his actions on January 6th and the potential impact on his future. While Christopher's demeanor is often stoic and introspective, I could tell how badly it hurt him to have this painful conversation and lose this opportunity. The last two and half years for my son have been one of remorse, regret and isolation. Yet even with the burdens and uncertainty of a trial, the loss of his friends and social contacts, and the loss of a job opportunity doing work he really loved, Christopher persisted and successfully completed his civil engineering degree.

I am not asking the court to overlook Christopher's behavior or to absolve him of responsibility. However, I ask that you consider the totality of his youth, his lack of any criminal record, and

also understand the context of his life as it led up to January 6th. He was an 18-year-old who had missed many major milestones due to COVID-19 restrictions: his prom, high school graduation, his opportunity to live in a dorm, and his first year of college, which was spent attending Zoom classes from home. His actions on January 6th were completely out of character. He has no history of inflammatory social media activity, no prior legal troubles, and has always been a quiet, family-oriented individual who had one close friend throughout high school.

I truly believe Christopher did not intend to disrupt Congress. His absence of texts and social media posts before and after January 6th, and the fact that he walked around without a mask and wore a backpack with his full name on it, indicate a lack of intent to commit a serious offense. In addition, he did not participate in any of the violence that occurred during January 6th. He got caught up in the aftermath of an extremely contentious election, with an irresponsible political leader who urged his followers to protest in front of the capital. As the crowd became unruly and out of control, Christopher made an impulsive, regrettable decision to follow a mob primarily composed of adults who should have known better. He has lived with regret since the days after January 6th and will carry this regret with him for the rest of his life.

I only ask as you determine his sentence that you consider alternatives to incarceration and consider leniency. This is a kind and compassionate young man who suffered greatly for a mistake he made four years ago just as he was beginning his journey as an adult. He is ready to accept the consequence of his actions, but as a parent, I am asking that you balance the needs for justice with proportionality, mercy and compassion.

Thank you for considering this fuller picture of my son as you determine his sentence.

Sincerely,
  John Carnell

Defense Exhibit 3

Dear Justice Howell,

I am sure by now you have contemplated the sentencing for my son Christopher Carnell.  Since the fate of his future lies in your hands I felt the need as a mother to make one final effort to try to help my son avoid a future of imprisonment for his actions on January 6, 2021.

Christopher does not represent what the media describes as an angry mob whose sole purpose was to help President Trump overturn the election in 2021.  From the evidence presented before you he did not commit any acts of violence nor did he boast about his presence at the Capitol on social media.  He had no idea how big this event could determine how he would live the rest of his life.  It has been almost four years now and he has lived with remorse every single day since. I beg you to please understand what he truly represents by looking at his character, aspirations, and how his remorse has affected him over the years.

Christopher grew up in an environment where he was raised with values of respect and ethical behavior.  He was a gifted child who performed extremely well in school graduating High School Magna Cum Laude.  He excelled in mathematics and science which led him to pursue aspirations in Engineering.  He is a quiet child who is extremely respectful and honest.  He is reserved and conscientious in the decisions he makes.  He spent the majority of his life incorporating the values he learned while being an active member of the Boy Scouts of America.  After pouring through letters of recommendations for scholarships from his Scoutmaster I found these quotes about his character I would like to share with you.

"I can tell you without reservation, Chris has the character, commitment, leadership, and integrity we hope to instill in our youth within the Scouting program; he brought these qualities and distinction to our Troop while and after completing the Rank of Eagle."

"From the day Chris joined, he distinguished himself as someone willing to do what it took to cultivate the best of what Scouting offers our youth.  He dove right in, helping our new scouts without hesitation or restraint. I remember being so impressed that I contacted his father to share my praise for Chris's leadership."

"I was grateful for his service, not only for his effort but for the model he set for the other scouts."

His Eagle Scout Project Coach said "he stood out among his peers in his ability to demonstrate patience in working with younger scouts.  He's an incredibly responsible young man in all areas of his life.  He pushes himself to excel academically with a very rigorous schedule of advanced placement classes.  He helps his family by watching his younger siblings.  He works hard at a local grocery store to save money for college.  He's a credit to his family, school, troop, and church."

"Chris is an extremely conscientious and hard-working young man and fully embodies the Scout Oath and the Scout Law".

It was through the 2017 BSA Scout Jamboree where he heard President Trump speak.  He was impressed by his rhetoric and seemingly genuine concern for our country.  This experience led

him to attend other rallies during 2020 which led to his decision to hear one final rally on January 6, 2021.

He was only 18 years old at the time he decided to go to the Capitol with his friend on that day. A day that he has deeply regretted ever since.  His intent that day was to hear our President speak.  It was not to harm anyone.  It was not to single handedly try to overturn official election results. It was not to be part of one of the most chaotic days in US history.  He, like the Munn family of Texas whom you provided leniency for in USA v Munn et all, was there to hear our then President speak and like them became overwhelmed.  He has never been in any situation in his life that was unlawful, combative, or in any way against the law. He, like the Munn family had done what President Trump asked them to do at the Eliipse and for that has lived the past three years in regret and isolation waiting to be sentenced.

After being cleared by the Office of Student Conduct to continue his studies he chose to do so living at home so he would not draw media attention to the university and thus create a disturbance at school. Throughout his years in college he did not engage in any student activities or organizations nor did he create any friendships or lasting relationships outside of the classroom in order to follow all of the rules and weekly check-ins with his probation officer.  He focused solely on his studies waiting for his fate to be decided.  He never even spoke to his best friend for fear that anyone he spoke to would be indicted like he was and did not want to break the law by interacting or even be perceived as interacting with others - including family and close friends.  He made the responsible decision to not apply for jobs after graduation until after sentencing so that he wouldn't have to involve his employers in a difficult predicament once his sentence was invoked. He is one of the most responsible, compassionate people I know.

He, like Leonard Gruppo and Eric Chase Torrens, two other previous J6 defendants in your courtroom, knows he shouldn't have been there that day. He realized the minute he entered the Capitol that he made a huge mistake.  When I asked him if there was a moment when he thought that maybe it wasn't such a good idea to go inside, he said yes Mom.  But by then he was swept up with so many others that it was too late. He takes full responsibility for his actions that day and I pray that you provide leniency on him like you have on Mr. Gruppo, The Munn Family, and Mr. Torrens and support the suggested sentencing recommendations of the US Probation Office of probation, a fine, and restitution.

Thank you for your consideration.

Sincerely,

Janet Leary-Carnell

# Defense Exhibit 4

# Examples of 2020 Political Riot Case Dismissals in Portland

SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00442-HZ** |
| **v.** | **MOTION TO DISMISS WITH PREJUDICE** |
| **JOSHUA M. WARNER,**<br>  **aka EVA WARNER,** | |
| **Defendant.** | |

The government moves the Court for an Order under Fed. R. Crim. P. Rule 48(a) to

dismiss with prejudice the indictment against Defendant, in the best interests of justice.

Defendant has successfully complied with the terms of the Deferred Resolution Agreement,

including performing at least 30 hours of community service.

Dated: December 21, 2021                           Respectfully submitted,

                                                   SCOTT ERIK ASPHAUG
                                                   Acting United States Attorney

                                                   */s/ Thomas S. Ratcliffe*
                                                   THOMAS S. RATCLIFFE, ILSB #6243708
                                                   Assistant United States Attorney

**Motion to Dismiss with Prejudice**                                      **Page 1**
                                                          Revised February 2021

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAMELA PAASO**
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00250-HZ** |
| **v.** | |
| **MARNIE SAMANTHA SAGER,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

     United States of America moves to dismiss the information filed on July 22, 2020 with

prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

     Dated: February 19, 2021

                                                  Respectfully submitted,

                                                  BILLY J. WILLIAMS
                                                  United States Attorney

                                                  *s/ Pamela Paaso*
                                                  PAMELA PAASO
                                                  Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                              **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00170 |
| v. | **MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| **THOMAS JOHNSON,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the Complaint filed July 27, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 22, 2020                    Respectfully submitted,

                                            BILLY J. WILLIAMS
                                            United States Attorney

                                            *s/ Parakram Singh*
                                            PARAKRAM SINGH, OSB #134871
                                            Assistant United States Attorney

**Motion to Dismiss Complaint**                                    **Page 1**
                                                            Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00245-IM** |
| **v.** | **MOTION TO DISMISS WITH PREJUDICE COUNT 1 OF INFORMATION** |
| **JENNIFER LYNN KRISTIANSEN,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with

prejudice Count 1 of the information filed July 21, 2020, charging defendant with Assault on a

Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 9, 2020                    Respectfully submitted,

                                          BILLY J. WILLIAMS
                                          United States Attorney

                                          *s/ Parakram Singh*
                                          PARAKRAM SINGH, OSB #134871
                                          Assistant United States Attorney

**Motion to Dismiss Count 1 of Information**                    **Page 1**
                                                    Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00374-BR** |
| **v.** | |
| **TAYLOR CHARLES LEMONS,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on August 21, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: August 28, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00252-HZ** |
| **v.** | |
| **GABRIEL REED HUSTON,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: December 4, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00210-IM |
| **v.** | **MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **THEODORE MATTHEE O'BRIEN,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing

without prejudice the Information filed July 7, 2020, charging defendant with Assault on a

Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: November 3, 2020                    Respectfully submitted,

                                           BILLY J. WILLIAMS
                                           United States Attorney

                                           *s/ Parakram Singh*
                                           PARAKRAM SINGH, OSB #134871
                                           Assistant United States Attorney

**Motion to Dismiss Information**                                           Page 1

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00278-JO** |
| **v.** | |
| **PABLO AVVACATO,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 27, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: September 10, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_s/ Pamela Paaso_
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                   **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00286-MO** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **IAN ALEC WOLF,** | |
| **Defendant.** | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice.  Defendant has completed the requirements for the deferred resolution agreement.

Dated: November 30, 2020                    Respectfully submitted,

                                            BILLY J. WILLIAMS
                                            United States Attorney

                                             */s/ Ashley R. Cadotte*
                                            ASHLEY R. CADOTTE, OSB #122926
                                            Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00279-IM** |
| **v.** | |
| | **GOVERNMENT'S MOTION TO** |
| **DOUGLAS ROBERT DEAN,** | **DISMISS INFORMATION WITHOUT** |
| | **PREJUDICE** |
| **Defendant.** | |
| | **Rule 48(a) Fed. R. Crim. P.** |

     United States of America moves to dismiss the information  filed on July 27, 2020

without  prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

     Dated: December 21, 2020

                        Respectfully  submitted,

                        BILLY J. WILLIAMS
                        United States Attorney

                        *s/ Pamela Paaso*
                        PAMELA PAASO
                        Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-mj-168** |
| **v.** | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **REBECCA MOTA GONZALEZ,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint filed July 27, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: January 20, 2021                Respectfully submitted,

                                                        BILLY J. WILLIAMS
                                                        United States Attorney

                                                        *s/ Parakram Singh*
                                                        PARAKRAM SINGH, OSB #134871
                                                        Assistant United States Attorney

**Motion to Dismiss Complaint**                                    **Page 1**
                                                        Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-mj-166** |
| **v.** | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **STEPHEN EDWARD O'DONNELL,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of

the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint

filed July 26, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: January 22, 2021                    Respectfully submitted,

                                           BILLY J. WILLIAMS
                                           United States Attorney

                                           *s/ Parakram Singh*
                                           PARAKRAM SINGH, OSB #134871
                                           Assistant United States Attorney

**Motion to Dismiss Complaint**                                    **Page 1**
                                                          Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America


## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00329-BR** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **JEFFREE CHEYENNE CARY,** | |
| **Defendant.** | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: January 21, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney


 _/s/ Ashley R. Cadotte_
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney


**Motion to Dismiss Information with Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00247-IM** |
| **v.** | |
| **JERUSALEM A. CALLAHAN,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: February 16, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00255-SI** |
| **v.** | |
| **NICHOLAS KLOIBER,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 23, 2020 with

prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: February 17, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                    **Page 1**