# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CASE NO: 1:23-CR-00139-BAH-1 |
| ) | |
| **CHRISTOPHER CARNELL**, ET. AL. ) | STATUS HEARING: NOV. 8, 2024 |
| ) | |
| DEFENDANTS. ) | |

### CHRISTOPHER CARNELL'S MOTION TO CONTINUE
### THE STATUS HEARING SCHEDULED FOR NOVEMBER 8, 2024

Christopher Carnell hereby moves to continue the Status Hearing currently scheduled for November 8, 2024, to December 13, 2024, and in support thereof, states as follows:

A. This week's November 8, 2024, status hearing is expected to involve discussions between the parties concerning the Government's intent to pursue an Obstruction charge against the defendants and to set a sentencing date for the misdemeanor counts of conviction.

B. After this status date was scheduled *sua sponte* by the Court, new developments arose that significantly impact the status of this case.

C. On November 1, 2024, this Court issued an opinion in *United States v. DeCarlo,* establishing a threshold for Obstruction prosecutions that the Government will be unable to meet in Mr. Carnell's case. *See United States v. DeCarlo, et. al.,* Crim. No. 21-00073 (D.D.C. Nov. 1, 2024).

D.  On November 5, 2024, President-elect Donald J. Trump won the 2024 Presidential Election.

E.  Throughout his campaign, President-elect Trump made multiple clemency promises to the January 6 defendants, particularly to those who were nonviolent participants.

F.  Mr. Carnell, who was an 18 year old nonviolent entrant into the Capitol on January 6, is expecting to be relieved of the criminal prosecution that he is currently facing when the new administration takes office.

G.  The Court has asked the parties to present status arguments on November 8, 2024, but as of today, Mr. Carnell is now awaiting further information from the Office of the President-elect regarding the timing and expected scope of clemency actions relevant to his case.

H.  Furthermore, counsel for the co-defendant, Kira West, has announced her retirement and is withdrawing from this case. Mr. Carnell must await the appointment of new counsel for his co-defendant, Mr. Bowman, to facilitate defense coordination and the joint defense strategy moving forward.

I.  Accordingly, Mr. Carnell respectfully requests a continuance of the Status Hearing in order to be fully prepared to update the court as to the status of the Defense.


WHEREFORE, Mr. Carnell asks this Court to continue the Status Hearing to December 13, 2024 to allow the defense to be fully prepared to present the defense status to the Court.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: contact@medvinlaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

I hereby certify that on November 6, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.