UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CASE NO. 23-cr-139 (BAH) |
| v.  : | |
| : | |
| CHRISTOPHER CARNELL, ET AL., : | |
| : | |
| Defendants. : | |

### MOTION TO DISMISS COUNT ONE OF THE INDICTMENT

The United States of America, by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss Count One of the Indictment, charging defendants Christopher Carnell and David Worth Bowman (collectively, "Defendants") with Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2). In light of the substantive legal discussions at the November 8, 2024 status conference and the colloquy between the Court and the government, the government makes this motion in the interest of justice and judicial economy and to facilitate the timely sentencing of the Defendants.

The government has conferred with defense counsel regarding potential sentencing dates. Mr. Carnell requests that the U.S. Probation Office update the Presentence Investigation Report and Sentencing Recommendation, ECF Nos. 106, 107. Mr. Bowman agrees to proceed based on the existing Presentence Investigation Report and Sentencing Recommendation, ECF Nos. 108, 109, and the parties are available for sentencing the week of January 13, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: */s/ Monika (Isia) Jasiewicz*
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov

*/s/ Jordan A. Konig*
JORDAN A. KONIG
Supervisory Trial Attorney, Tax Division,
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 7328, Washington, D.C. 20044
202-305-7917 (v) / 202-514-5238 (f)
Jordan.A.Konig@usdoj.gov

2